IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SANDRA DENISE CRABB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-104 |
| | ) | |
| DAVID MACHIN HERNANDEZ and | ) | |
| OPL LOGISTICS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The August 25, 2023 Scheduling Order directed the parties to file a Joint Status Report by December 20, 2023, concerning the opportunity to engage in mediation prior to filing summary judgment motions.  (Doc. no. 9.)  The deadline for the parties to file the Joint Status Report as set forth in the Court's Scheduling Order has passed.  However, no Joint Status Report has been filed.  Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's August 25th Order on or before January 8, 2024.[1]

SO ORDERED this 21st day of December, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.